IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLOWSERVE CORPORATION and FLOWSERVE MANAGEMENT COMPANY, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:09-cv-675 |
| v. | § § | JURY TRIAL DEMANDED |
| HALLMARK PUMP COMPANY, INC. | § § | |
| Defendant and Third-Party Plaintiff | § § | |
| v. | § § | |
| NETWORK SOLUTIONS, LLC | § § | |
| Third-Party Defendant | § | |

**PLAINTIFFS FLOWSERVE CORPORATION & FLOWSERVE MANAGEMENT COMPANY'S SUPPLEMENTAL STATEMENT TO THE COURT**

Plaintiffs Flowserve Corporation and Flowserve Management Company (collectively "Flowserve") hereby file this supplemental statement to further address the Court's inquiry as to "whether there is a valid copyright registration that covers the use of the third image." In the interest of simplifying the issues in its pending motion for summary judgment (Doc. #41), Flowserve hereby withdraws its claim of copyright infringement with respect to the "third image," which is reproduced below for the Court's convenience:



Dated April 12, 2011                              Respectfully submitted,

>  /s/ John A. Fedock
> John A. Fedock
> State Bar No. 24059737
> S.D. Tex. I.D. No. 896626
> VINSON & ELKINS L.L.P.
> 2801 Via Fortuna, Suite 100
> Austin, TX 78746-7568
> Tel:  512-542-8832
> Fax:  512-236-3345
> jfedock@velaw.com
>
> Peter E. Mims
> Attorney-in-Charge
> State Bar No. 14173275
> VINSON & ELKINS L.L.P.
> First City Tower
> 1001 Fannin Street, Suite 2500
> Houston, TX 77002-6760
> Tel:   713-758-2732
> Fax:  713-615-5703
> pmims@velaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of April, 2011, the foregoing document was electronically filed with the clerk of court for the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

> /s/ *John A. Fedock*
>       JOHN A. FEDOCK